UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62335-CV-SMITH
MAGISTRATE JUDGE REID

CHARLENE ROSA, a/k/a
CHARLENE TERRY-ANN
WALKER ROSA,

      Petitioner

v.

STATE OF FLORIDA,

      Respondent

_____/

## REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

This matter is before the Court on Petitioner's Motion for Leave to Appeal *in forma pauperis*. [ECF No. 24]. This cause has been referred to the Undersigned for appropriate resolution pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-2. [ECF No. 25].

Petitioner, **Charlene Rosa**, also known as **Charlene Terry-Ann Walker Rosa**, is no stranger to this Court and is a prolific filer in both federal and state courts in Florida. In this case, Petitioner again sought to challenge her conviction and sentence following a jury trial in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, **Case No. 04010827CF10A**.

However, Petitioner has admittedly already filed such a petition in this Court, and this case was dismissed on that basis. [ECF No. 18]. The Court subsequently denied Petitioner a Certificate of Appealability for the same reasons stated in the Court's Order dismissing this case. [ECF No. 23]. Petitioner has since filed the instant Motion for Leave to Appeal *in forma pauperis*. [ECF No. 24].

Title 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a) govern the determination of applications to proceed with an appeal *in forma pauperis*. Even when a party has been permitted to proceed in forma pauperis in the district court, the party may not take an appeal *in forma pauperis* in the appellate court if the district court "certifies in writing that it is not taken in good faith." 28 U.S.C. §1915(a)(3); *see also* Fed. R. App. P. 24(a) (providing that a party may not proceed on appeal *in forma pauperis* if "the district court-before or after the notice of appeal is filed-certifies that the appeal is not taken in good faith....").

An appeal is taken in good faith under § 1915(a)(3) if a litigant seeks appellate review of any issue that is not frivolous. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id.*

Here, Petitioner has not submitted the documentation required by law to establish her indigency, and alternatively the appeal is not taken in good faith for the reasons set forth in this Undersigned's Report recommending that the Petition be

2

dismissed. [ECF No. 8]. Accordingly, it is **RECOMMENDED** that Petitioner's Motion for Leave to Appeal *in forma pauperis* [ECF No. 24] be **DENIED**.

Objections to this Report and Recommendation may be filed with the District Judge within fourteen days of receipt of a copy of such. Failure to do so will bar a *de novo* determination by the District Judge of anything in the Report and Recommendation and will bar an attack, on appeal, of the factual findings of the Magistrate Judge. *See* 28 U.S.C. § 636(b)(1)(C); *see also Thomas v. Arn,* 474 U.S. 140, 149 (1985).

**SIGNED** this 7th day of July, 2020.

UNITED STATES MAGISTRATE JUDGE

cc:    **Charlene Rosa**
       L06814
       Florida Women's Reception Center
       3700 NW 111th Place
       Ocala, FL 34482-1479
       *PRO SE*

       **Heidi L. Bettendorf, Esq.**
       Attorney General's Office
       1515 N Flagler Drive, Suite 900
       West Palm Beach, FL 33401-3432
       Email: CrimAppWPB@MyFloridaLegal.com

       **Noticing 2254 SAG Broward and North**
       Email: CrimAppWPB@MyFloridaLegal.com