UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62335-CIV-SMITH

CHARLENE ROSA, a/k/a
CHARLENE TERRY-ANN
WALKER ROSA,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of the Magistrate Judge ("Report") [DE 26] and Petitioner, Charlene Rosa's Objections [DE 28]. The Report recommends denying Petitioner's Motion for Leave to Appeal In Forma Pauperis ("Motion") [DE 24] because Petitioner failed to submit documentation required by law to establish her indigency and, alternatively, the appeal is not taken in good faith for the reasons set forth in the Magistrate Judge's September 30, 2019 Report and Recommendation recommending that the Petition be dismissed.

In her Objections, Petitioner apparently suggests that the required documentation was filed in support of her Motion. (*See* Objs, at 10-11.) But the record reveals they were not filed with the Motion. (*See* DE 24.) More importantly, however, Petitioner fails to show that the Magistrate Judge erred in finding that the appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."). As the Magistrate Judge notes, Petitioner has been a prolific filer in both federal and state courts, including having already challenged her conviction and sentence in this Court. (*See* R. & R. [DE 8] at 1-2; R. & R. [DE 26] at 1-2.) Here, to show good faith, Petitioner raises

similar arguments to those previously made and rejected by this Court. (*See* Objs. [DE 10]; Order [DE 18].) Therefore, after careful consideration, it is

  **ORDERED**:

  1. The Report and Recommendation [DE 26] is **AFFIRMED AND ADOPTED** and, thus, Petitioner's Motion for Leave to Appeal In Forma Pauperis [DE 24] is **DENIED**.

  2. Petitioner's Objections [DE 28] are **OVERRULED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of October 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE


Copies to:
All parties of record